620

No. 868. UNITED STATES *v.* FALCONE ET AL. May 20, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Solicitor General Biddle* for the United States.

No. 914. McCLAIN *v.* COMMISSIONER OF INTERNAL REVENUE. May 20, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit granted. *Mr. M. E. Kilpatrick* for petitioner. *Solicitor General Biddle* for respondent.

No. 929. AMERICAN FEDERATION OF LABOR ET AL. *v.* SWING ET AL. May 20, 1940. Motion to use the certified record filed in No. 615 as a part of the record in this case, and petition for writ of certiorari to the Supreme Court of Illinois, granted. *Messrs. Walter F. Dodd* and *Daniel D. Carmell* for petitioners. *Messrs. Samuel A. Rinella* and *Myer N. Rosengard* for respondents.

No. 946. HELVERING, COMMISSIONER OF INTERNAL REVENUE, *v.* THOMSON. May 20, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Solicitor General Biddle* for petitioner. *Mr. T. F. Davis Haines* for respondent.

No. 548. NEUBERGER *v.* COMMISSIONER OF INTERNAL REVENUE. See *post,* p. 655.